```
         IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT
                  PENSACOLA DIVISION
```

CHARLES SALIS,

    Plaintiff,

v.                                    CASE NO.: 3:08 CV 564/
                                                                                RV/MD

OFFICER MARK PATRICK HAFNER, in his
official and individual capacities,
OFFICER LESTER R. WOLTHERS, in his
official and individual capacities,

    Defendants.
_____/

## PLAINTIFF'S TRIAL BRIEF

COMES NOW, Plaintiff, CHARLES SALIS, by and through his undersigned attorney, pursuant to this Court's Pre-Trail Order of April 22, 2010, and submits his trial brief as follows:

    I.  DEFENDANTS' RENEWED MOTION TO STRIKE
        THE OPINIONS OF "EXPERT" KIRKHAM

Plaintiff does not intend to call Dr. George Kirkham as a witness to testify at the trial of this cause.

    II.  JOINT AND SEVERAL LIABILITY

Plaintiff agrees with the brief of Defendant on joint and several liability between Wolthers and Hafner.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Northern District CM/ECF to John W. Jolly, Jr., Esquire, P.O. Box 37400, Tallahassee, Florida 32315, this 25th day of January, 2011.

/s/ *James R. Green*
JAMES R. GREEN
Florida Bar No. 242942
Green & Bradford, P.A.
625 North Ninth Avenue
Pensacola, Florida 32501
(850) 470-0000      (ms)
(850) 470-9011 facsimile

And

GILLIS E. POWELL, JR.
Florida Bar No. 183427
Powell, Powell & Powell, P.A.
P.O. Box 277
Crestview, FL 32536
(850) 682-2757
(850) 689-1588 facsimile